```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CARMEN GOMEZ,

                    Plaintiff,              13 Civ. 7395

    -against-                                OPINION

INOVISION-MEDCLR PORTFOLIO GROUP, LLC.,
PETER T. ROACH & ASSOCIATES, P.C.,
KIRSCHENBAUM, PHILLIPS & ROACH, P.C.
TIMOTHY MURTHA, LVNV FUNDING, LLC,
RESURGENT CAPITAL SERVICES, LP, and
NCO FINANCIAL SYSTEMS, INC.,

                    Defendants.

------------------------------------------X
```

A P P E A R A N C E S:

<u>Attorney for the Plaintiff</u>

THE LAW OF AHMAD KESHAVARZ
16 Court St., 26th Floor
Brooklyn, NY 11241
By   Ahmad Keshavarz, Esq.


<u>Attorneys for Defendants LVNV Funding, LLC and
Resurgent Capital Services, LP</u>

HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, NY 10022
By:  Han Sheng Beh, Esq.
     Concepcion A. Montoya, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/14

**Sweet, D.J.**

Plaintiff Carmen Gomez ("Gomez" or the "Plaintiff") has moved pursuant to Federal Rules of Civil Procedure 36(a)(6) and 37(a) to compel defendants Inovision-Medclr Portfolio Group, LLC, Peter T. Roach & Associates, P.C. ("PC"), Kirschenbaum, Phillips & Roach, P.C. ("KPR"), Timothy Murtha ("Murtha"), LVNV Funding, LLC, Resurgent Capital Services, LP, and NCO Financial Systems, Inc. (collectively the "Defendants"), to produce documents and answers to interrogatories. The motion is granted as set forth below.

## Prior Proceedings

Gomez filed her complaint on October 18, 2013 alleging violations by Defendants of the Fair Debt Collection Practices Act, the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.*, and New York General Business Law Section 349 *et seq.*, and violations by PC, KPR and Murtha of New York Judiciary Law § 487 *et seq.* (Compl. ¶¶ 56 – 87.)

The instant motion was submitted on July 9, 2014.

## The Motion Is Granted As Set Forth Below

1

The Defendants will produce any collection agreements between them.

Defendants will identify individuals referred to in collection notes.

Defendants will produce any Chase Manhattan documents relating to the debt at issue and any document relating to any notice of assignment.

It is so ordered.

Dated:   New York, New York
         August 18, 2014

                                    _____
                                    Robert W. Sweet, U.S.D.J.