# EXHIBIT 4

05/14/2014

Jackie Kenel
Eltman, Eltman & Cooper, P.C.
140 Broadway, 26th FL
New York, NY 10005

FIRM FILE #: ▮
YOUR FILE #: ▮

Creditor: LVNV Funding LLC
vs.
Debtor: GOMEZ/CARMEN

Original Claim: $ 2366.46
Judgment Amount: 2366.46
Balance Due: $ 2438.85
Court Case Number: CV-046016-05/BX

```
                    PAPERLESS FILE
        ====================================

03/03/13 EDI|       |
 14:44:32   |91     |New Claim Entry                    INT IS:9       $2,366.46
 14:48:00   |93     |Account Card Modified
09/27/12 EDI|       |
 08:00:00   |91     |New Claim Entry                                   $2,366.46
10/05/12 EDI|       |
 08:00:00   |93     |Account Card Modified
11/30/12 EDI|       |
 08:00:00   |80     |OTHER COST                                          $36.64
            |95     |   Invoice Billed                  CBILL            $36.64
12/31/12 EDI|       |
 08:00:00   |1      |Suit Requirements Recd             9878             $36.64
            |96     |   Invoice Paid                    INV:004083       $36.64
09/27/12 EDI|       |
 17:56:06   |Orig_Acc|5260210006539836
            |Intrate|9.00
            |Org_Card|CHASE
            |91     |New Claim Entry
10/05/12 TM |       |
 17:56:06   |*Add-122|PREPARE CONSENT
            |*Add-150|RESURGENT AOJ FORM
            |*Add-108|SEND RESTRAINING NOT
            |*Add-550|Find POE
            |*Claim |Claim:4 Fields Modified 9 Fields Added
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN      4245M293                    Page #: 2
===============================================================================
10/05/12 TM |
  17:56:06  |*D_Debt  |20120927
            |*Plt_1   |Eltman, Eltman & Cooper,
            |*Plt_2   |Added new Information
            |*Coco    |Added new Co Counsel #: #10
            |*Collctr |Added new  Collector #: #12
            |*Venue1  |Added new    Venue 1 #: #4
            |*Venue2  |Added new    Venue 2 #: #142
            |*Sherif1 |Added new  Sheriff 1 #: #67
            |*Bank1   |Added new     Bank 1 #: #307
            |93       |Account Card Modified
10/09/12 RMR|
  17:56:06  |*Collctr |Collector #: changed from 12 to 18
10/10/12 GPR|
  17:56:06  |Pconsent |CLIENT SPECIFIC CTCA
10/19/12 GPR|
  17:56:06  |Pqbrn    |
10/23/12 RMR|
  17:56:06  |xGlobalc |
            |*N/A     |:called 718▊▊▊▊ on 10/22/2012 noAnswer
11/08/12 GPR|
  17:56:06  |*Del-150 |RESURGENT AOJ FORM10/05/2012:
            |*Add-150 |RESURGENT AOJ FORM:J REQ
            |GP       |sent email to SS toobtain judgment in order to
            |*N/A     |proceed with AOJ
11/13/12    |
  17:56:06  |xTrndis  |TELEPHONE RESIDENCE9:05
            |*Add-179 |SEND TO ACCURINT PHN
11/14/12 RHU|
  17:56:06  |xRcvcd   |Received call from d14:23
            |*N/A     |347-▊▊▊▊   - ICC frm the dbtor to advise her
            |*N/A     |MCU acct is locked in and she wanted to work it
            |*N/A     |out, i advised i will call the bank and call
            |*N/A     |her right back....
            |xTrn     |Telephoned Residence14:26
            |*N/A     |212-▊▊▊▊   - FU compltd to MCU, s.w caller
            |*N/A     |who stated the dbtors acct isnt locked in due
            |*N/A     |to acct below exempt and the response was
            |*N/A     |mailed out to us on11/7....
            |*Dbt001  |Debtor:1 Fields Added
            |*Del-503 |Contact Directly10/24/2012:
            |*Add-503 |Contact Directly
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN     4245M293                    Page #: 3
=================================================================================
11/14/12 RHU|
17:56:06    |xTrn       |Telephoned Residence14:42
            |*N/A       |347/▮▮▮▮▮ - FU compltd to the dbtor, I
            |*N/A       |advised the bal perJmt cal is 3849.16, dbtor
            |*N/A       |was advised we can lock in 1154.74 down and 27
            |*N/A       |pymnts of 99.80....Dbtor asked can I give her
            |*N/A       |till Monday to comeup with first pymnt... Task
            |*N/A       |set for 11/19......
            |*Del-180   |F/U ON R/N AND I/S12/03/2012:
            |*Del-179   |SEND TO ACCURINT PHN11/14/2012:
            |*Del-260   |FILE SENT TO GLOBAL10/23/2012:
            |xReview    |ACCOUNT REVIEWED14:46
            |*N/A       |Per the dbtor she has been working for Bx Leb
            |*N/A       |since 2001 and she is enrolled into 1199, dbtor
            |*N/A       |was advised this isfor a Chase acct and she
            |*N/A       |was advised if we dont lock PIF in we will send
            |*N/A       |out IE....
            |*Claim     |Claim:1 Fields Added
            |*Emplyr1   |Added new Employer 1 #: #1154
            |xReview    |ACCOUNT REVIEWED14:48
            |*N/A       |Also, dbtor has updated mailing address ▮▮▮▮
            |*N/A       |▮▮▮▮▮▮▮▮▮▮▮. Bronx, NY 10461....
11/19/12 RHU|
17:56:06    |xTrn       |Telephoned Residence18:20
            |*N/A       |347/▮▮▮▮▮ - FU compltd to the dbtor regarding
            |*N/A       |SIF, no contact, lvm detailed...
            |*Del-503   |Contact Directly11/24/2012:
            |*Add-503   |Contact Directly
       TM   |
17:56:06    |*Del-503   |Contact Directly11/29/2012:
            |*Add-503   |Contact Directly
            |*Del-503   |Contact Directly11/29/2012:
            |*Add-503   |Contact Directly
            |*Del-503   |Contact Directly11/29/2012:
            |*Add-503   |Contact Directly
            |*Del-503   |Contact Directly11/29/2012:
            |*Add-503   |Contact Directly
            |*Del-503   |Contact Directly11/19/2012:
            |*Add-503   |Contact Directly
11/20/12 RHU|
17:56:06    |*Del-503   |Contact Directly11/19/2012:
            |*Add-503   |Contact Directly
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN        4245M293                    Page #: 4
===============================================================================================
11/20/12 GPR|
  17:56:06    |xBuexemp|Bank Hit Under ExempMCU
              |*N/A    |$153.21
              |*N/A    |POSSIBLE POE
              |*N/A    |BRONX LEB HOSPITAL 718-████
       EDI|
  17:56:07    |Scan:  3|RN RESPONSE
11/21/12 RHU|
  17:56:07    |xReview |ACCOUNT REVIEWED13:41
              |*N/A    |Email sent to GP toadvise per a recorded
              |*N/A    |conversation with the dbtor confirms she works
              |*N/A    |for Bronx Leb Hospital and to send out I/E....
              |xTrn    |Telephoned Residence13:43
              |*N/A    |347/████    - FU compltd, no contact, lvm
              |*N/A    |detailed.....
       TM |
  17:56:07    |*Claim  |Claim:7 Fields Modified
              |*Collctr|Collector #: Changed from 18 to 17
       RHU|
  17:56:07    |xTrn    |Telephoned Residence13:46
              |*N/A    |718/████    - FU compltd, no contact and no
              |*N/A    |option to lvm at this time...
       GPR|
  17:56:07    |*Del-550|Find POE10/05/2012:
              |*Add-120|Prepare Income Execu
              |Pincomex|
11/27/12 RHU|
  17:56:07    |xSkipped|Collector Skipped fo12:43
              |*N/A    |TLO skp compltd at this time....
              |*N/A    |(718) ████         (ET)(L) (100%) [Update]
              |*N/A    |(347) ████         (ET)(99%) [Update]
              |*N/A    |(347) ████         (ET)(M) (99%) [Update]
              |*N/A    |(347) ████         (ET)(M) (99%) [Update]
              |*N/A    |(347) ████         (ET)(M) (83%) [Update]
              |*N/A    |(718) ████         (ET)(L) (64%) [Update]
              |*N/A    |(718) ████         (ET)(61%) [Update]
              |*N/A    |(718) ████         (ET)(51%) [Update]
              |*N/A    |(718) ████         (ET)(43%) [Update]
              |*N/A    |(718) ████         (ET)(30%) [Update]
              |xTrn    |Telephoned Residence12:43
              |*N/A    |718/████    - no contact, the line keeps
              |*N/A    |ringing with no option to lvm at this time....
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN      4245M293                            Page #: 5
=================================================================================================
11/27/12 RHU|
  17:56:07  |xTrn       |Telephoned Residence12:45
            |*N/A       |(718) [REDACTED]    - nocontact and also no option
            |*N/A       |to lvm at this time....
            |xTrn       |Telephoned Residence12:46
            |*N/A       |(347) [REDACTED]    - no contact and no option to
            |*N/A       |lvm as well...
            |xTrn       |Telephoned Residence12:47
            |*N/A       |347/[REDACTED]    - no contact, lvm detailed..
            |*Del-503   |Contact Directly12/05/2012:
            |*Add-503   |Contact Directly
       EDI  |
  17:56:07  |Scan:    2 |TLO SEARCH
11/29/12 RHU|
  17:56:07  |xTrn       |Telephoned Residence10:00
            |*N/A       |718/[REDACTED]    - s.w caller who stated the dbtor
            |*N/A       |isnt in and stated he dont speak good english...
            |xTrn       |Telephoned Residence10:01
            |*N/A       |347/[REDACTED]    - FU compltd, no contact, lvm
            |*N/A       |detailed...
            |*Del-503   |Contact Directly12/07/2012:
            |*Add-503   |Contact Directly
       EDI  |
  17:56:07  |Scan:    2 |INCOME EXECUTION
11/30/12 GPR|
  17:56:07  |38         |INFORMATION SUBPOENA
            |95         |    Invoice Billed                                                 $36.64
            |xCbill     |Cost Invoice:004083
       RHU  |
  17:56:07  |xRcvcd     |Received call from d13:02
            |*N/A       |347/[REDACTED]    - ICC frm the dbtor to advise that
            |*N/A       |she didnt receive any documents from our office
            |*N/A       |to confirm that sheowes a dbt and asked that
            |*N/A       |we mail a ltr to her attn at this time....
            |*N/A       |Email sent to MB toget out ltr to dbtors
            |*N/A       |updated mailing address: [REDACTED]
            |*N/A       |Bronx, NY 10462 first floor... Dbtor was
            |*N/A       |advised the Jmt balis 4711.01 and the offer is
            |*N/A       |3967.16 lump sum orin two....
            |*Del-503   |Contact Directly12/09/2012:
            |*Add-503   |Contact Directly
            |xReview    |ACCOUNT REVIEWED13:04
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN      4245M293                    Page #: 6
==============================================================================
11/30/12 RHU|
  17:56:07  |*N/A     |Dbtor states she has attny but dont want to
            |*N/A     |give me the info
12/04/12 RHU|
  17:56:07  |*Del-503 |Contact Directly12/10/2012:
            |*Add-503 |Contact Directly
            |xTrn     |Telephoned Residence11:04
            |*N/A     |347-         - FU compltd to the dbtor to see
            |*N/A     |if we can make arrangements on bal, no contact
            |*N/A     |whoever, lvm detailed with request for return
            |*N/A     |call....
            |xReview  |ACCOUNT REVIEWED11:06
            |*N/A     |2nd FU email sent to MB to see if we can get a
            |*N/A     |ltr to the dbtors mailing address to confirm
            |*N/A     |the dbt is being collected in our office....
        MBU |
  17:56:07  |Michael  |17:26 MB
            |*N/A     |Payoff letter mailed to D.
        EDI |
  17:56:07  |Scan:   1|PAYOFF LETTER
12/07/12 RHU|
  17:56:07  |xTrn     |Telephoned Residence11:26
            |*N/A     |718/         - FU compltd, no contact and no
            |*N/A     |option to lvm at this time....
            |xTrn     |Telephoned Residence11:27
            |*N/A     |             - FU compltd to the dbtor, no
            |*N/A     |contact, lvm detailed.....
            |*Del-503 |Contact Directly12/14/2012:
            |*Add-503 |Contact Directly
        GPR |
  17:56:07  |xIeout   |
12/10/12 TM |
  17:56:07  |xDebtval |Debt Validation Requ15:43 Received debt val
            |*N/A     |request from Debtor. Requesting S&C, aff
            |*N/A     |service, Judgt, supporting docs.
            |*Add-161 |Verify media receive
        MBU |
  17:56:07  |xRetlet  |Ltr returned undeliv16:27 MB
            |*N/A     |Payoff letter sent to
            |*N/A     |returned undeliverable, re-sending to address
            |*N/A     |on file.
            |*Del-510 |Send for Address Scr:16:27 MB
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN      4245M293                    Page #: 7
=================================================================================
12/10/12 MBU|
   17:56:07    |*Add-510|Send for Address Scr
         EDI|
   17:56:07    |Scan:    1|PAYOFF LETTER
         GPR|
   17:56:07    |*Del-150|RESURGENT AOJ FORM:J REQ
               |*Add-150|RESURGENT AOJ FORM:J REQ
               |*Del-123|F/U ON CONSENT WITH12/09/2012:
               |*Add-123|F/U ON CONSENT WITH
               |Diehold |Hold IE to Sherrif
               |*N/A    |sent email to Danielle at the Marshal to hold
               |*N/A    |this IE
               |*Del-555|File on hold per cli01/09/2013:
               |*Add-555|File on hold per cli:DV/Disput
               |*Add-555|File on hold per cli
               |GP      |recd call from Danielle, she states the debtor's
               |*N/A    |social comes up as Louis Irizarry in the Bronx.
               |GP      |per NYCM this is anold case from 2006
12/11/12 EDI|
   17:56:07    |Scan:    6|LETTER FROM DEBTOR
         MBU|
   17:56:07    |Michael |10:08 MB
               |*N/A    |Debtor's letter provided proper address, ▊
               |*N/A    |▊                , Bronx, NY 10461 and
               |*N/A    |verifies the SS # we have on file. Sending
               |*N/A    |another payoff letter to the proper address
               |*D1_S   |▊
               |*D1_Csz |BRONX NY          10460
         EDI|
   17:56:07    |Scan:    1|PAYOFF LETTER
12/13/12 RHU|
   17:56:07    |xReview |ACCOUNT REVIEWED10:36
               |*N/A    |Per MB notes, the ltr the dbtor requested came
               |*N/A    |back... Per RMR verify the address but dnt call
               |*N/A    |the dbtor due to the Validation period.... Per
               |*N/A    |MB the ltr is beingresent to updated address
               |*N/A    |as of 12/11/12....
12/27/12 NL |
   17:56:07    |xRetlet |Ltr returned undeliv
               |*N/A    |PAYOFF LETTER
               |*N/A    |▊                    BRONX NY 10460
               |*N/A    |INSUFFICIENT ADDRESS
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN         4245M293                    Page #: 8
===============================================================================================
12/27/12 NL  |
  17:56:07   | *N/A     |PER LEXIS MOST CURRENT ADDRESS IS
             | *N/A     |
             | *N/A     |BRONX, NY 10461-1527
             | *N/A     |BRONX COUNTY
             | *N/A     |RESENDING LETTER TOTHIS ADDRESS
             | *Del-510 |Send for Address Scr12/27/2012:
             | *Add-510 |Send for Address Scr
             | *D1_S
             | *D1_Csz  |BRONX NY             10461
         EDI |
  17:56:07   | Scan:   2|LEXIS REPORT
             | Scan:   1|RETURN ENVELOPE
12/31/12 RHU |
  17:56:07   | *Del-503 |Contact Directly12/17/2012:
             | *Add-503 |Contact Directly
             | xTrn     |Telephoned Residence10:46
             | *N/A     |718/         - Fu compltd to the dbtor
             | *N/A     |regarding the pay off ltr and to get an update
             | *N/A     |on what the dbtor wants to do regarding the
             | *N/A     |dbtor, no contact however and no option to lvm
             | *N/A     |at this time. The line keeps ringing....
             | xTrn     |Telephoned Residence10:47
             | *N/A     |347/         - FU compltd as well, no contact,
             | *N/A     |lvm detailed also....
          FM |
  17:56:07   | 1        |Suit Requirements Recd                              $36.64
             | 96       |   Invoice Paid                                     $36.64
01/03/13 RMR |
  17:56:07   | *Collctr |Collector #: changed from 17 to 27
01/07/13 RHU |
  17:56:07   | *Del-503 |Contact Directly01/10/2013:
             | *Add-503 |Contact Directly
             | *Add-197 |Pull Credit Report
             | xTrn     |Telephoned Residence17:00
             | *N/A     |             - No contact and no option to lvm
             | *N/A     |at this time....
             | *Dbt001  |Debtor:1 Fields Added
         EDI |
  17:56:07   | Scan:   2|CREDIT REPORT
01/08/13 RHU |
  17:56:07   | xTrn     |Telephoned Residence10:06
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN     4245M293                          Page #: 9
=====================================================================================================
01/08/13 RHU|
  17:56:07  |*N/A      |347/         - FU compltd, no contact and no
            |*N/A      |option to lvm at this time....
            |xTrn      |Telephoned Residence10:07
            |*N/A      |347/         - FU compltd, no contact, lvm
            |*N/A      |detailed at this time....
            |xTrn      |Telephoned Residence10:10
            |*N/A      |718/         - no contact and no option to lvm
            |*N/A      |at this time....
01/10/13 GPR|
  17:56:07  |*Del-150  |RESURGENT AOJ FORM:J REQ
            |*Add-150  |RESURGENT AOJ FORM:J REQ
            |*Del-123  |F/U ON CONSENT WITH01/09/2013:
            |*Add-122  |PREPARE CONSENT
01/16/13 GPR|
  17:56:07  |Pconsent  |CLIENT SPECIFIC CTCA
         SDI|
  17:56:07  |*Extra    |Extra:1 Fields Added
         GPR|
  17:56:07  |*Del-555  |File on hold per cli:DV/Disput
            |*Add-555  |File on hold per cli:DV/Disput
            |Gina Pri  |per Mike continue to hold, he will review the
            |*N/A      |file
01/18/13 SMC|
  17:56:07  |A-Ptr30d  |30 DAY DEMAND- PTR FILES
01/21/13 RHU|
  17:56:07  |xReview   |ACCOUNT REVIEWED11:10
            |*N/A      |Cnt call on file until FDCPA test has taken....
            |*Del-503  |Contact Directly02/01/2013:
            |*Add-503  |Contact Directly
01/26/13 RHU|
  17:56:07  |xTrn      |Telephoned Residence9:14
            |*N/A      |718/         - s.w caller who stated the dbtor
            |*N/A      |isnt in...
            |xTrn      |Telephoned Residence9:22
            |*N/A      |347/         - FU comptld, no contact, lvm
            |*N/A      |detailed....
            |*Dbt001   |Debtor:1 Fields Modified
            |xTrn      |Telephoned Residence9:23
            |*N/A      |347/         - s.w caller who stated we called
            |*N/A      |the wrng #....
            |*Del-503  |Contact Directly02/10/2013:
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN      4245M293                         Page #: 10
===============================================================================================
01/26/13 RHU|
 17:56:07   |*Add-503|Contact Directly
01/30/13 SMC|
 17:56:07   |O-Ptrsub|CONSENT TO CHANGE ATTY- PTR
         LMU|
 17:56:07   |*Del-161|Verify media receive:15:43 Received debt
            |*Add-161|Verify media receive:15:43 Received debt
02/04/13 EDI|
 17:56:07   |Scan:   2|LETTER FROM DEBTOR
02/05/13 TM |
 17:56:07   |*Del-503|Contact Directly02/15/2013:
            |*Del- 19|CTCA REQUESTED FROM03/26/2013:
            |Tim Murt|11:53 Received cease and desist from Def.
            |*N/A    |Requested copy of judgt as well.
            |*Dbt001 |Debtor:1 Fields Modified
            |*D1_Phn |718/
            |Tim Murt|18:19 Requested LM send D copy of Judgt.
02/06/13 LMU|
 17:56:07   |Linda Mu|9:42 Looked on website for judgment and it is
            |*N/A    |not available.  E-mailed Tim to inquire if I
            |*N/A    |should send letter to court to obtain copy of
            |*N/A    |judgment and then forward to debtor.
            |Ljreqlt2|
            |*Del-161|Verify media receive:15:43 Received debt
            |*Add-161|Verify media receive:ltr to ct to obt j
            |Linda Mu|9:52 Mailed letter to court to obtain judgment.
            |*N/A    |Court might requireCTCA in order to provide us
            |*N/A    |with a copy of judgment. Will try...
         EDI|
 17:56:07   |Scan:   1|LETTER TO COURT
            |Scan:   2|LETTER TO COURT
            |Scan:   3|LETTER FROM DEBTOR
02/11/13 RHU|
 17:56:07   |*Add-159|C&D file
            |xC&d    |CEASE AND DESIST15:11
            |*N/A    |Per TM DO NOT CALL DBTOR..........
02/13/13 LMU|
 17:56:07   |*Del-555|File on hold per cli:DV/Disput
            |*Add-555|File on hold per cli:DV sent
            |*Del-555|File on hold per cli:DV sent
            |*Add-555|File on hold per cli:nd j to send dv
            |*Del-555|File on hold per cli:nd j to send dv
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN       4245M293                       Page #: 11
==============================================================================================
02/13/13 LMU|       |
  17:56:07  |*Add-555|File on hold per cli:DV/disp-nd j for dv
02/22/13 GPR|       |
  17:56:07  |*Del-150|RESURGENT AOJ FORM:J REQ
            |*Add-150|RESURGENT AOJ FORM:J REQ
03/05/13 ER |       |
  16:13:56  |xBkcydec|BNKRPT/DCSD WAREHOUSE
03/07/13 ER |       |
  11:31:34  |xSearch |DATABASE SEARCH CONDUCTED    UPLOAD TO ONE CLICK
03/08/13 ER |       |
  13:25:11  |x1click |REC'D FROM 1CLICK              POE: BRONXLEBANONHOSPITAL
            |   ''   |    Bronx NY 10469 POE Ph: 718█████     BANK:
            |   ''   |    MUNICIPAL CREDIT UNION     █████████████ NEW
            |   ''   |    YORK NY 10007 Bank Ph: 212█████   HOME PH:
            |   ''   |    347█████   CELL PH: 718█████
03/15/13 SBO|       |
  09:59:59  |-Shante |09:59 RCVD THE DECISION AND ORDER ...FWD TO CAL
         TM |       |
  12:56:50  |Timothy |12:56  Notified client Judgt vacated and
            |   ''   |       requested clilent send recall
            |*Add-898|MANAGER REVIEW TO CL
            |*Del-804|PTR MISC DIARY        :Verify media receive
            |*Del-880|PTR CONVERTED CLAIM :ODBC-Diary:13/03/04
        EDI |       |
  13:00:01  |Scan:   |Decision/Order
03/18/13 FF |       |
  12:33:35  |XRM     |RETURN MAIL RECEIVED FROM:
            |   ''   |    MEL S HARRIS AND ASSOC, LLC: ADD ████████
            |   ''   |    NYC 10038 (JDMT ON DFLT) NKAA
  12:35:46  |*Del-623|RETURN MAIL BAD ADDR03/18/2013:
            |*Add-623|RETURN MAIL BAD ADDR
  12:39:27  |*Claim  |Claim:2 Fields Added
         TM |       |
  17:30:14  |Timothy |17:30  recalled by client
            |*Closed |                Claim Closed 13/03 994 0
03/21/13 SBO|       |
  13:01:58  |*Del-523|GARNISHMENT FILED   04/06/2013:
03/22/13 RHU|       |
  10:24:13  |*Del-199|CREDIT REPORT / HEAD:Dept: DC/ Entered by
            |*Del-584|FOLLOW UP ON CLERICA03/08/2013:
            |*Del-804|PTR MISC DIARY        :RESURGENT AOJ FORM
03/26/13 EC |       |
  15:22:23  |xDecisn |COURT DECISION RECEIVED
```

```
E1-05419   LVNV Funding LLC Vs.GOMEZ/CARMEN      4245M293                        Page #: 12
===============================================================================================
03/26/13 EC  |
 15:24:17    |     ''       |     PS:RCVD DEC/ORDER; DEF OTSC TO VACATE JDMT IS
             |     ''       |     GRANTED ALONG WITH ALL RESTRAINTS/LEVIES/GX. DEF
             |     ''       |     IS DIRECTED TO FILE AN ANSWER WITHIN 20 DAYS
             |     ''       |     FROM THIS ORDER. IN THE EVENT THAT DEF DES NOT
             |     ''       |     COMPLY THE JDMT SHALL BE RETURNED AND ALL STAYS
             |     ''       |     WILL BE VACATED. ORDERED BY HON. RUBEN FRANCO,
             |     ''       |     DATED 03/08/2013.
             |    EC        |15:25 *UNABLE TO MERGE X-VACATE; CLAIM CLOSED*
 15:25:41    |   *Claim     |Claim:8 Fields Modified
03/27/13 EDI |
 18:01:31    |   Scan:      |Decision/Order
05/07/13 CBR |
 16:54:40    |   *Reopen    |                  Claim Re-Opened
 16:56:22    |    63        |2ND STAGE INCOME EX                     INV#31202        $35.75
05/08/13 CBR |
 10:33:51    |   *Closed    |                  Claim Closed 13/05 994 0
02/13/14 EC  |
 17:08:42    |   EC         |17:08 RCVD FWD EMAIL; CASE ON CAL FOR PT CONF
             |     ''       |      03/26/14 IN USSDNY- NY. WILL UPDATE CAL, SCAN
             |     ''       |      EMAIL TO FILE & GIVE TO  SLR FOR RVW
 17:12:52    |  *Add-506    |AWAIT COURT DECISION:F/U PT CONF DEC
             |   EC         |17:13 *UNABLE TO MERGE XCDT AT THIS TIME*
             |  *Add-510    |CASE ON CALENDAR     :SDNY PT CONFERENCE
             |   EC         |17:13 EMAIL SNT RE- DOCS
02/14/14 EDI |
 12:52:34    |   Scan:      |Court Notice
         KD  |
 14:29:20    |   KD         |EMAILED LMD REGARDING DOCS, SHE WILL TRY TO
             |     ''       |     FORWARD TO SOMEONE TO OBTAIN MEDIA
02/21/14 LMD |
 11:58:35    |  srevfile    |REVIEWED FILE
             |     ''       |     unable to obtain media from website- appears
             |     ''       |     file is closed with our office
03/10/14 LMD |
 11:07:59    |  ssemail     |SENT EMAIL
             |     ''       |     TO WHOM:           :client
             |     ''       |     RE:                :court appearance- file closed
             |     ''       |     status to proceed or not
03/11/14 LMD |
 10:02:51    |  srevfile    |REVIEWED FILE
             |     ''       |     per client this file has been reopened
```

```
E1-05419    LVNV Funding LLC Vs.GOMEZ/CARMEN      4245M293                      Page #: 13
==========================================================================================
03/11/14 LMD|
  10:03:02  |sokwork |OK TO WORK FILE
  10:07:16  |*Claim  |Claim:9 Fields Modified
            |*Dbt001 |Debtor:1 Fields Added
03/13/14 SMC|
  12:16:05  |*Del-898|MANAGER REVIEW TO CL03/15/2013:
            |*Del-134|WAITING ON SIGNED CO03/17/2013:
            |*Add-938|CLOSE FILE -  ACCT R
            |xMgt    |MANAGER REVIEW
            |  ''    |      CONFIRMED BY EXTERNALAUDIT@ELTMANLAW.COM THAT
            |  ''    |      THIS FILE IS RECALLED AND BACK WITH RESURGENT.
03/24/14 RIM|
  09:02:22  |srevfile|REVIEWED FILE              we have conflicting
            |  ''    |      e-mails.....file reopened on 3/11 and closed on
            |  ''    |      3/13....
```