UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
CARMEN GOMEZ

                                     Case No.: 1:13-CV-07395

                    Plaintiff,

    -against-

INOVISION-MEDCLR PORTFOLIO GROUP, LLC.,
PETER T. ROACH & ASSOCIATES, P.C.,
KIRSCHENBAUM, PHILLIPS & ROACH, P.C.
TIMOTHY MURTHA
LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES, LP
NCO FINANCIAL SYSTEMS, INC.

                    Defendants.
---------------------------------------------------------------------X

**DECLARATION OF AHMAD KESHAVARZ IN RESPONSE TO DEFENDANTS' LVNV FUNDING, LLC AND RESURGENT CAPITAL SERVICES, LP (THE "RESURGENT DEFENDANTS") MOTION FOR SUMMARY JUDGMENT [DE 62]**

      NOW COMES Ahmad Keshavarz and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct.

1. I am the attorney for Plaintiff Carmen Gomez.

2. I submit this declaration in support of Plaintiff's Opposition to the Resurgent Defendants Rule 56 Motion for Summary Judgment.

3. Annexed hereto as "Exhibit A " is a true and correct copy of Plaintiff's pleadings in the underlying collections lawsuit, *Inovision-Medclr Portfolio Group, LLC v. Carmen Gomez*, index number CV-46016/05-BX.

4. Annexed hereto as "Exhibit B" is a true and correct copy of Plaintiff Carmen Gomez's January 23, 2015 Declaration.

5. Annexed hereto as "Exhibit C" is a true and correct copy of an affidavit stating

1

that Chase Bank's principal place of business is and has been in Delaware.

6. Annexed hereto as "Exhibit D" is a true and correct copy of a restraining notice and information subpoena sent to Carmen Gomez.

7. Annexed hereto as "Exhibit E" is a true and correct copy of Defendant Timothy Murtha's October 24, 2014 deposition transcript.

8. Annexed hereto as "Exhibit F" is a true and correct copy of Defendant Timothy Murtha's Deposition Transcript in the suit *Khan* v. *Midland Funding, LLC et al.* No. 1:12-CV-08462-RJS (S.D.N.Y).

9. Annexed hereto as "Exhibit G" is a true and correct copy of a letter dated December 5, 2012 from Plaintiff to Peter T. Roach and Associates, P.C "PTR".

10. Annexed hereto as "Exhibit H" is a true and correct copy of a letter dated December 11, 2012 from PTR to Plaintiff.

11. Annexed hereto as "Exhibit I" is a true and correct copy of a letter dated January 20, 2013 from Kirschenbaum, Phillips and Roach, P.C. "KPR" to Plaintiff.

12. Annexed hereto as "Exhibit J" is a true and correct copy of letter dated January 30, 2013 from Plaintiff to KPR.

13. Annexed hereto as "Exhibit K" is a true and correct copy of documents reflecting income executions and garnishments of Plaintiff's account.

14. Annexed hereto as "Exhibit L" is a true and correct copy of the NYS Unified Court System Case Detail for *Inovision-Medclr Portfolio Group, LLC v. Carmen Gomez*, index number CV-46016/05-BX.

15. Annexed hereto as "Exhibit M" is a true and correct copy of documents produced by NYC Marshal Ronald Moses reflecting income executions and garnishments against Plaintiff.

16. Annexed hereto as "Exhibit N" is a true and correct copy of screen shots of Plaintiff's cell phone reflecting calls made to her on certain dates.

17. Annexed hereto as "Exhibit O" is a true and correct copy of Defendant Timothy Murtha's Deposition November 11, 2014 deposition transcript.

18. Annexed hereto as "Exhibit P" is a true and correct copy of a publicly filed document by LVNV Funding LLC ("LVNV") reflecting its balance sheet.

19. Annexed hereto as "Exhibit Q" is a true and correct copy of is a true and correct copy of a publicly filed document by Resurgent Capital Services, LP ("Resurgent") reflecting its balance sheet.

20. Annexed hereto as "Exhibit R" is a January 23, 2015 declaration of Ahmad Keshavarz including true and correct copies of Resurgent and LVNV's webpages.

21. Annexed hereto as "Exhibit S" is a true and correct copy of PTR and KPR's joint discovery answers in this action.

Respectfully submitted,
/s/
Ahmad Keshavarz
ATTORNEY FOR PLAINTIFF
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:     (877) 496-7809
Email: ahmad@NewYorkConsumerAttorney.com

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Defendants LVNV Funding, LLC and Resurgent Capital Services, LP
> By and through their attorneys of record
> Concepcion A. Montoya;
> Han Sheng Beh;
> Jason Oliveri;
> HINSHAW & CULBERTSON LLP
> 800 Third Avenue, 13th Floor
> New York, New York 10022
> Tel: (212) 471-6200
> cmontoya@hinshawlaw.com;
> Hbeh@hinshawlaw.com;
> joliveri@hinshawlaw.com

Dated: Brooklyn, NY
     January 24, 2015
     /s/
     Ahmad Keshavarz