

# BRONX-LEBANON

## HOSPITAL CENTER

### MEMORANDUM

TO: _Gomez Carmen 1574 Tomlinson ave #1_
_Bx, NY 10461_

FROM: Jeanette Rodriguez
Human Resource Associate 11

DATE: _1/28/13_

SUBJECT: INCOME EXECUTION TO GARNISH SALARY

Enclosed is a copy of an income execution to garnish your salary.

____ General (Name of issuer of execution) _____

____ Internal Revenue Service    *(You must complete sections 3 & 4 and return to*
*Payroll immediately).*

____ N.Y.S. Department of Taxation & Finance

____ Support Enforcement Unit

__✓__ City Marshal*    (Please contact the Marshal's Office at the number listed on
the enclosed execution).

____ Release of Garnishment

If you have any questions, please contact the number listed on the enclosed execution.
After five (5) business days from the above date, this execution will be forwarded to
payroll department for immediate processing. There will be a $3.12 processing fee for
every payment made. Please read all attached documents carefully.

pc: Employee File

TO: Jenny Diaz

DATE: _2/5/13_
Please Process.

# RONALD MOSES

## Badge No. 10      (212)349-4303



MARSHAL
CITY OF NEW YORK
111 JOHN STREET, SUITE 500
NEW YORK, NY 10038



January 10, 2013

BRONX LEBANON HOSPITAL
1276 FULTON AVENUE
BRONX        NY 10456
Att: Payroll Department

## INCOME EXECUTION - NOTICE OF LEVY PURSUANT TO SEC. 5231 OF THE CPLR

*PLEASE TAKE NOTICE* that the enclosed income execution is a levy on the salary, wages, earnings, commissions, etc., of the judgement debtor (your employee) and you are required immediately to deduct 10% of the salary, wages, earnings, commissions, etc., of the judgement debtor (your employee) pursuant to CPLR 5231This Income Execution **only applies** if the judgment debtor works within the City of New York. Keep the income execution for your files. Do not return same under any circumstances. If there is a prior income execution against the defendant, keep this one on file until completion of the prior and then start remitting on this income execution.

If the employee resigns and later is rehired, the income execution is still in effect unless the Marshal advises you to the contrary in writing.

Do not release, suspend or accept instructions from anyone but the Marshal.

THIS OFFICE DESIRES TO CAUSE YOU AS LITTLE ANNOYANCE AS POSSIBLE. THEREFORE PLEASE FILL OUT THE FORM BELOW AND RETURN.

IMPORTANT DEFENDANT'S NAME AND THIS NO.  **Q268358**      MUST APPEAR ON ALL PAYMENTS IN ORDER TO RECEIVE PROPER CREDIT.

| JUDGMENT BALANCE . . . . | 2,366.46 |
|---|---|
| INTEREST TO DATE . . . . | 1,517.94 |
| MARSHAL FEES/EXPENSES . . | 228.22 |
| TOTAL . . . . . . . . . | 4,112.62 |

FINAL STATEMENT OF INTEREST WILL BE RENDERED WHEN PAYMENT APPROACH COMPLETION.

ALL PAYMENTS MUST BE MADE ONLY TO:

---

PLEASE DETACH AND RETURN

PLEASE FILL OUT THIS FORM, SIGN AND RETURN PROMPTLY TO:
INOVISION MEDCLR PORTFOLIO
         vs.                    Docket#: Q268358
GOMEZ, CARMEN                   SS#: 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

**RONALD MOSES
111 JOHN STREET, SUITE 500
NEW YORK NY 10038**

1.   We will remit; every two weeks ☐ once a month ☐

2.   You may expect the initial payment _____

3.   Prior income execution on file with us as follows:

|  | PRIOR NO. 1 | PRIOR NO. 2 | PRIOR NO. 3 |
|---|---|---|---|
| Name of Marshal |  |  |  |
| Date rec'd by you |  |  |  |
| Judgment Creditor |  |  |  |
| Am't of Income Execution |  |  |  |
| Present Balance |  |  |  |

4.  Judgment Debtor works within the City of New York: Yes ☐ No ☐ If No, do not honor, indicate City/State_____

IF NO LONGER EMPLOYED, PLEASE NOTIFY
MARSHAL'S OFFICE ON YOUR BUSINESS
STATIONERY STATING THE LAST DATE
OF EMPLOYMENT.

Employer _____

_____
ADDRESS

By _____

Title _____

Tel. # _____

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX, STATE OF NEW YORK          Index No. CV-046016-05/BX
Judgment Creditor(s)
INOVISION MEDCLR PORTFOLIO GROUP LLC

140 Broadway, 26th FL

New York, NY 10005

### Income Execution

Judgment Debtor(s) (name and last known address)
CARMEN GOMEZ

### The People of the State of New York

2000 VYSE AVE
BRONX NY 10460

### TO THE ENFORCEMENT OFFICER, GREETING:

*The Enforcement Officer is the Sheriff, Marshall of the City or Constable of the Town or Village authorized by law to enforce income executions.*

A judgment was entered in the within court in favor of the Judgment Creditor(s) and the particulars are as follows:

| Court of Original Entry | Entry Date | Original Amount | Amount Due | Plus Interest From |
|---|---|---|---|---|
| CIVIL COURT OF THE CITY OF NEW YORK | November 30, 2005 | $2,366.46 | $2,366.46 | November 30, 2005 |

The Judgment was recovered against CARMEN GOMEZ defendant(s)
and then transcripted with the Clerk of COUNTY OF BRONX on
This execution is issued against CARMEN GOMEZ
whose last known address is 2000 VYSE AVE, BRONX NY 10460

whose social security number is 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 and who is receiving or will receive $
for each       pay period from the Employer. "Employer" herein, includes any payor of money to Judgment Debtor.
The Employer's name and address is     Bronx Lebanon Hospital
                                  1650 Grand Concourse
                                  Bronx, NY 10457

You are directed to satisfy the judgment with interest together with your fees and expenses, out of all monies now and hereafter due and owing to the Judgment Debtor from the Employer pursuant to CPLR § 5231.

Directions to Judgment Debtor: You are notified and commanded immediately to start paying to the Enforcement Officer serving a copy of this Income Execution on you: installments amounting to 10% (but no more than the Federal limits set forth in I. Limitations on the amount that can be withheld, below) of any and all salary, wages or other income, including any and all overtime earnings, commissions or other irregular compensation received or hereafter to be received from your Employer and to continue paying such installments until the judgment with interest and fees and expenses of this Income Execution are fully paid and satisfied, and if you fail to do so within 20 days this Income Execution will be served upon the Employer by the Enforcement Officer.

Directions to the Employer: You are commanded to withhold and pay over to the Enforcement Officer serving a copy of this Income Execution on you: installments amounting 10% (but no more than the Federal limits set forth in I. Limitations on the amount that can be withheld, below) of any and all salary, wages or other income, including any and all overtime earnings, commissions or other irregular compensation now or hereafter becoming due to Judgment Debtor until the judgment with interest and fees and expenses of this Income Execution are fully paid and satisfied.

Dated: November 21, 2012
*Attorney(s) for Judgment Creditor(s)*
*Office and Post Office Address*
EI-05419

Timothy J Murtha
PETER T. ROACH AND ASSOCIATES, PC
125 MICHAEL DRIVE - SUITE 105
SYOSSET, NEW YORK 11791

### Important Statement

This income execution directs the withholding of up to 10 percent of the judgment debtor's gross income. In certain cases, however, state or federal law does not permit the withholding of that much of the judgment debtor's gross income. The judgment debtor is referred to New York Civil Practice Law and Rules § 5231 and 15 United States Code § 1671 *et seq*.
I. Limitations on the amount that can be withheld
A. An income execution for installments from a judgment debtor's gross income cannot exceed ten percent (10%) of the judgment debtor's gross income.

B. If a judgment debtor's weekly disposable earnings are less than the greater of thirty (30) times the current federal minimum wage ($7.25* per hour, or $217.50* ) or the New York State minimum wage ($7.25* Per hour or $217.50* ) no deduction can be made from the judgment debtor's earnings under this income execution.

C. A judgment debtor's weekly disposable earnings cannot be reduced below the amount arrived at by multiplying thirty (30) times the greater of the current federal minimum wage ($7.25* per hour, or $217.50* ) of the New York State minimum wage ($7.25* Per hour



# BRONX-LEBANON
## HOSPITAL CENTER

MEMORANDUM

TO: _Gomez Carmen 1574 Tomlinson ave #1_
     _Bx NY 10461_

FROM: Jeanette Rodriguez
      Human Resource Associate 11

DATE: _4/2/13_

SUBJECT: INCOME EXECUTION TO GARNISH SALARY

Enclosed is a copy of an income execution to garnish your salary.

___ General (Name of issuer of execution) _____

___ Internal Revenue Service   *(You must complete sections 3 & 4 and return to Payroll immediately).*

___ N.Y.S. Department of Taxation & Finance

___ Support Enforcement Unit

✓ City Marshal*   (Please contact the Marshal's Office at the number listed on the enclosed execution).

___ Release of Garnishment

If you have any questions, please contact the number listed on the enclosed execution. After five (5) business days from the above date, this execution will be forwarded to payroll department for immediate processing.  There will be a $3.12 processing fee for every payment made.  Please read all attached documents carefully.

pc:   Employee File

TO:   Jenny Diaz

DATE: _4/8/13_
Please Process.



# R O N A L D   M O S E S

**Badge No. 10**

# MARSHAL

## CITY OF NEW YORK

111 JOHN STREET, SUITE 500
NEW YORK, NY 10038

Phone: (212) 349-4303
Fax: (212) 349-4309

February 20, 2013

BRONX LEBANON HOSPITAL
1276 FULTON AVENUE
BRONX NY 10456

ATT: PAYROLL DEPARTMENT

JUDGMENT CREDITOR

INOVISION MEDCLR PORTFOLIO
GROUP LLC

VS

GOMEZ, CARMEN
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

JUDGMENT DEBTOR

## PLEASE TAKE NOTICE

**This income execution <u>only applies</u>** if the judgment debtor works within the City of New York.

An Income Execution against the above named judgment debtor was heretofore filed with you.

THIS OFFICE DESIRES TO CAUSE YOU AS LITTLE ANNOYANCE AS POSSIBLE.

In accordance with Section 5231 of the Civil Practice Laws and Rules, you are required to remit to this office 10% of the judgment debtor's gross salary, wages or earnings.

We now respectfully demand that you make payment to this office within (5) days of all monies due to date.

TOTAL DUE....: 4,137.66

All remittances should be made payable to **Ronald Moses, Marshal**, and include the Judgment Debtor's name and the following **Reference Number**.

Reference No.: Q268358

RONALD MOSES
Marshal, City of New York
Badge No.10



BRONX-LEBANON HOSPITAL CENTER
HEALTH CARE SYSTEM

1276 FULTON AVENUE, BRONX, NEW YORK 10456

UNITED STATES POSTAGE

$ 00.46⁰
02 1M
000 4270717
MAILED FROM ZIP CODE 10456
APR 03 2013

Carmen Gomez
1574 Tomlinson Ave # 1
Bronx, NY 10461