

New York State Unified Court System



## WebCivil Local - Case Detail

| | |
|---|---|
| Court: | **Bronx County Civil Court** |
| Index Number: | **CV-046016-05/BX** |
| Case Name: | **INOVISION-MEDCLR PORTFOLIO GROUP, LLC/ vs. GOMEZ, CARMEN** |
| Case Type: | **Civil** |
| Classification: | |
| Filing Date: | **09/12/2005** |
| Disposition Date: | **05/31/2013** |
| Calendar Number: | |
| Jury Demand: | **No** |
| Judge Name: | |

Attorney/Firm(s) For Plaintiff - INOVISION-MEDCLR PORTFOLIO GROUP, LLC/:

**Mel S Harris & Associates LLC**                    Attorney Type: **Firm**
**5 Hanover Square**
**8th Floor**
**New York, New York  10004-2614**
**(212) 571-4900 ext:**

Attorney/Firm(s) For Defendant - CARMEN GOMEZ:

**LAW OFFICE OF KEVIN THOMAS,P.C.**               Attorney Type: **Firm**
**20 KINGSTON STREET**
**Elmont, New York  11003-**
**(516) 902-9122 ext:**

[ Close ]   [ Show All Appearances ]   [ Show Motions ]   [ Add to eTrack ]

Case 1:13-cv-07395-RWS   Document 74-12   Filed 01/24/15   Page 2 of 3

 New York State Unified Court System



# WebCivil Local - Appearance Detail

Court: **Bronx County Civil Court**
Index Number: **CV-046016-05/BX**
Case Name: **INOVISION-MEDCLR PORTFOLIO GROUP, LLC/ vs. GOMEZ, CARMEN**
Case Type: **Civil**

**Appearance Information:**

| Appearance Date | Time | Purpose | Appearance Outcome | Judge / Part | Motion Seq |
|---|---|---|---|---|---|
| 05/31/2013 | 09:45 AM | Motion | Granted - Index Disposed | Honorable Gerald Lebovits<br>Part 30C - Procedural Motions - Consumer | 002 |
| 03/08/2013 | 09:30 AM | Motion | Granted on Default | Honorable Ruben Franco<br>Part 30C - Procedural Motions - Consumer | 001 |
| 03/08/2013 | 09:45 AM | Motion | Rescheduled | Clerk's Office<br>Part 30 - Procedural Motions | 001 |

Close

 New York State Unified Court System



## WebCivil Local - Motion Detail

Court: **Bronx County Civil Court**
Index Number: **CV-046016-05/BX**
Case Name: **INOVISION-MEDCLR PORTFOLIO GROUP, LLC/ vs. CARMEN GOMEZ**
Case Type: **Civil**

**Motion Information:**

| Motion Number | Date Filed | Filed By | Relief Sought | Submit Date | Status | Decision Date | Order Signed Date |
|---|---|---|---|---|---|---|---|
| 002 | 05/16/2013 | Defendant | Dismiss Complaint | | Granted - Index Disposed Before Judge: Honorable Gerald Lebovits | | |
| 001 | 02/21/2013 | Defendant | Vacate Judgment | | | | |

Close