

Han Sheng Beh
212-471-6238
hbeh@hinshawlaw.com

ATTORNEYS AT LAW

800 Third Avenue
13th Floor
New York, NY 10022

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

April 4, 2016

**VIA ECF**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Gomez v. Inovision-Medclr Portfolio Group, LLC, et al.*
              **Docket No. 13-cv-07395 (RWS)**

Dear Judge Sweet:

     We represent Defendants LVNV Funding, LLC ("LVNV") and Resurgent Capital Services, LP ("Resurgent") in the above-referenced matter. We write on behalf of both parties to jointly request an extension of time to file the joint pretrial order from April 6, 2016 to June 6, 2016. The parties previously requested two extensions of this deadline which were granted. (*See* DE # 111; DE # 115).

     The parties are requesting the extension because there are pending motions before the Court. (*See* DEs # 110, 112, 113). The substance of the joint pretrial order will depend on the outcome of the motions. We thank the Court for its consideration in this matter.

                                      Respectfully submitted,

                                      HINSHAW & CULBERTSON LLP


                                      *s/Han Sheng Beh*
                                      Han Sheng Beh


cc:     All Counsel Of Record (Via ECF)