UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

CARMEN GOMEZ,

                Plaintiff,          13 Civ. 7395 (RWS)

   -against-                    OPINION

INOVISION-MEDCLR PORTFOLIO GROUP, LLC,
PETER T. ROACH & ASSOCIATES, P.C.
KIRSCHENBAUM, PHILLIPS & ROACH, P.C.,
TIMOTHY MURTHA, LVNV FUNDING, LLC,
RESURGENT CAPITAL SERVICES, LP,
NCO FINANCIAL SYSTEMS, INC.,

                Defendants.

----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/16

A P P E A R A N C E S:

    Attorneys for Plaintiff

    THE LAW OFFICE OF AHMAD KESHAVARZ
    16 Court Street, 26th Floor
    New York, NY 11241-1026
    By:  Ahmad Keshavarz, Esq.

    Attorneys for Defendants

    HINSHAW & CULBERTSON LLP
    800 Third Avenue, 13th Floor
    New York, NY 10022
    By:  Han Sheng Beh, Esq.
         Concepcion A. Montoya, Esq.
         Jason Joseph Oliveri, Esq.
         Joseph George Silver, Esq.

Sweet, D.J.

The arguable change in relevant authority constitutes good cause for this otherwise belated motion to file an amended complaint in the absence of any "bad faith" or "dilatory motive." *Ruotolo v. City of N.Y.*, 514 F.3d 184, 191 (2d Cir. 2008) (internal citations omitted). The motion to amend is granted. No additional discovery other than that which has been previously ordered will be permitted. There will be no changes allowed to alter the present trial status.

Conclusion

The motion for leave to amend the complaint is granted.

It is so ordered.

New York, NY
September 27, 2016

_____
ROBERT W. SWEET
U.S.D.J.