

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARMEN GOMEZ

                              Civil Action No. 13-cv-07395-RWS

        Plaintiff

                             **AFFIDAVIT OF SERVICE**

        v.

INOVISION-MEDCLR PORTFOLIO GROUP, LLC, et al.

        Defendant
-----------------------------------------------------------------X
STATE OF NEW YORK  )
                    S.S.
COUNTY OF NEW YORK)

      **DERICK A. MARTIN**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 5th day of December, 2016, at approximately the time of 4:30pm, deponent served a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITIO IN A CIVIL ACTION** upon **ACCU SERVE, LTD.** at 1600 Stewart Avenue, Suite 308, Westbury, NY 11590 by personally delivering and leaving the same with **CAROLYN CIULLA,** who informed deponent that she holds the position of Director of Operations with that company and is authorized by appointment to receive service at that address. At the time of service, a witness fee in the amount of $45.00 was tendered.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**CAROLYN CIULLA** is a white female, approximately 49 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 170 pounds with black hair and brown eyes wearing glasses.

**DERICK A. MARTIN, #2008319**

Sworn to before me this
8th day of December, 2016

NOTARY PUBLIC

JONATHAN RIPPS
Notary Public-State of New York
No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com