# HINSHAW
& CULBERTSON LLP

Edward K. Lenci
212-471-6212
elenci@hinshawlaw.com

**ATTORNEYS AT LAW**

800 Third Avenue
13th Floor
New York, NY 10022

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

December 16, 2016

**VIA ECF**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Gomez v. LVNV Funding, LLC, et al.*
               **Docket No. 13-cv-07395 (RWS)**

Dear Judge Sweet:

      I represent Defendants LVNV Funding, LLC, and Resurgent Capital Services, LP ("Defendants") in the above-referenced matter. I am writing on behalf of Defendants and Plaintiff to respectfully make a joint request to: 1) extend the date for the submission of the Joint Pre-Trial Order from January 17, 2017, to March 17, 2017, 2) adjourn the date of the Pre-Trial Conference from January 31, 2017, to April 7, 2017, and 3) permit an additional sixty (60) days for the completion of that discovery which Plaintiff has already sought but has not been able to obtain as yet.

      We thank the Court for its continued consideration in this matter.

                                        Respectfully submitted,

                                        HINSHAW & CULBERTSON LLP

                                        By: _/s/ Edward K. Lenci_
                                                Edward K. Lenci

cc:    Ahmad Keshavarz, Esq. (via ECF)