UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CARMEN GOMEZ

                                   **Plaintiff,**       Case No.: 1:13-CV-07395

    -against-

INOVISION-MEDCLR PORTFOLIO GROUP, LLC.,
PETER T. ROACH & ASSOCIATES, P.C.,
KIRSCHENBAUM, PHILLIPS & ROACH, P.C.
TIMOTHY MURTHA
LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES, LP
NCO FINANCIAL SYSTEMS, INC.

                                  **Defendants.**
-------------------------------------------------------------------X

**DECLARATION IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO ANSWER DEPOSITION QUESTIONS**

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF NEW YORK  )

    NOW COMES Ahmad Keshavarz and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct.

1. I am the attorney for Plaintiff.

2. I submit this declaration in support of Plaintiff's Reply Memorandum of Law in Support of Motion to Compel Defendants to Answer Deposition Questions

3. Attached herein is a true and correct copy of the October 25, 2011 Summary Order to Cease and Desist and Summary Suspension of Collection Agency Licenses, Case No. DFR-FY2012-012.  Exhibit A.

Dated: Brooklyn, New York
         January 13, 2017

- 1 -

Respectfully submitted,
/s/

By:

Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
ATTORNEY FOR PLAINTIFF
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Phone: (718) 522-7900
Fax:    (877) 496-7809
Email:

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Edward K. Lenci
    Concepcion A. Montoya
    Sheng Beh
    Nabil G. Foster
    HINSHAW & CULBERTSON LLP
    Attorney for Defendants LVNV Funding, LLC., and Resurgent Capital Services, LP.
    800 Third Avenue, 13th Floor
    New York, New York 10022
    Tel: (212) 471-6200

Dated:  Brooklyn, NY
       January 13, 2017
        /s/
       Ahmad Keshavarz
       Attorney for Plaintiff