

& CULBERTSON LLP



**ATTORNEYS AT LAW**

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

January 12, 2017

**VIA E-MAIL**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/17
```

Re:   *Gomez v. LVNV Funding, LLC, et al.*
      Docket No. 13-cv-07395 (RWS)

Dear Judge Sweet:

     We represent the Defendants, LVNV Funding, LLC and Resurgent Capital Services, LP ("Defendants") in the above-referenced action. With regard to Defendants' recent opposition to Plaintiff's Motion to Compel Defendants to Appear for Deposition, and with the consent of counsel for the Plaintiff, I am writing to respectfully notify the Court that one of the documents filed via ECF on behalf of Defendants, Exhibit 1 to the Lenci Declaration in Opposition to Plaintiff's Motion to Compel ("Lenci Decl."), Docket No. 154, contains sensitive information that should have been redacted. Defendants respectfully request that the Court, remove Exhibit 1 to the Lenci Decl. from the public record and substitute it with the redacted version of this exhibit, annexed to this letter, or, alternatively, that the Court seal Exhibit 1 of the Lenci Decl. and Defendants will re-file the redacted version of the exhibit.

     We thank the Court for its continued consideration in this matter.

                                              Respectfully Submitted,

                                              HINSHAW & CULBERTSON LLP

                                              */s Han Sheng Beh*
                                              Han Sheng Beh

*So ordered*
*Sweet USDJ*
*1-17-17*

cc:   Ahmad Keshavarz, Esq. (via E-mail)