

Edward K. Lenci
212-471-6212
elenci@hinshawlaw.com

ATTORNEYS AT LAW
800 Third Avenue
13th Floor
New York, NY 10022

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com

March 6, 2017

**VIA ECF**

Hon. Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Gomez v. LVNV Funding, LLC, et al.*
       **Docket No. 13-cv-07395 (RWS)**

Dear Judge Sweet:

  I represent Defendants LVNV Funding, LLC, and Resurgent Capital Services, LP ("Defendants") in the above-referenced matter. I am writing on behalf of Defendants and Plaintiff to respectfully make a joint request to: 1) extend the date for the submission of the Joint Pre-Trial Order from March 17, 2017, to May 10, 2017; 2) adjourn the date of the Pre-Trial Conference; and 3) extend the time to complete discovery from April 3, 2017 to April 10, 2017. These extensions are required in light of the court's most recent discovery order and to complete the non-party deposition.

  We thank the Court for its continued consideration in this matter.

            Respectfully submitted,

            HINSHAW & CULBERTSON LLP


            By: */s Edward K. Lenci*
               Edward K. Lenci

cc:  Ahmad Keshavarz, Esq. (via ECF)