Case 1:13-cv-07395-RWS   Document 171   Filed 03/08/17   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

Gomez,                              :   13cv.7395
                                        Civ.   (RWS)
         -v.-                       :

LV NV Funding                       :
-----------------------------------X

Please be advised that the conference scheduled

for 4-11-17 has been rescheduled to
6-6-17 at 12pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

3-8-17

ROBERT W. SWEET
United States District Judge